NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HLFIP HOLDING, INC., DBA SMART COMMUNICATIONS IP HOLDINGS,**
*Plaintiff-Appellant*

v.

**YORK COUNTY, PA, YORK COUNTY PRISON, ADAM OGLE, IN HIS OFFICIAL CAPACITY AS YORK COUNTY PRISON WARDEN,**
*Defendants-Appellees*

---

2022-1940

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 1:20-cv-00186-JPW, Judge Jennifer P. Wilson.

---

## JUDGMENT

---

SCOTT THOMAS WEINGAERTNER, Goodwin Procter LLP, New York, NY, argued for plaintiff-appellant. Also represented by KATRINA M. QUICKER, Quicker Law, LLC, Atlanta, GA.

WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for defendants-appellees.

Also represented by RICHARD CRUDO, UMA EVERETT, RYAN CHARLES RICHARDSON, MICHAEL D. SPECHT.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 18, 2023 | /s/ Jarrett B. Perlow |
|---|---|
| Date | Jarrett B. Perlow |
| | Clerk of Court |